IN THE COURT OF APPEALS OF TENNESSEE

AT KNOXVILLE

FILED

January 14, 1999

Cecil Crowson, Jr.
Appellate Court
Clerk

BARRY ALAN SPRUCE,               ) C/A NO. 03A01-9807-CV-00211
                                 )
          Plaintiff-Appellee,    )
                                 )
                                 )
                                 )
v.                               ) APPEAL AS OF RIGHT FROM THE
                                 ) KNOX COUNTY CIRCUIT COURT
                                 )
                                 )
                                 )
                                 )
LORI JEAN SPRUCE,                )
                                 ) HONORABLE RICHARD R. BAUMGARTNER,
          Defendant-Appellant.)  JUDGE, By Interchange


# OPINION AND ORDER ON
# PETITION FOR REHEARING


The appellant has filed a petition for rehearing pursuant to the provisions of Rule 39, T.R.A.P. In partial support of her petition, the appellant relies upon documents in a supplemental record certified to us by the trial court clerk on December 7, 1998 -- *some 13 days after our opinion was released.* It should also be noted that the appellant failed to obtain our permission or the permission of the trial court to supplement the record. *See* Rule 24(e), T.R.A.P. Having said all of this, we

1

hasten to add that there is nothing in the supplemental record that changes our basic holdings, *i.e.*, that the appellant's Rule 60 motion is an attempt to render the trial court's divorce judgment of April 14, 1994, invalid and ineffective; that the motion was not timely filed; and that the appellant failed to show a proper basis for Rule 60 relief.  Accordingly, the petition for rehearing is DENIED with costs taxed to the appellant.

IT IS SO ORDERED.

ENTER:

_____
Charles D. Susano, Jr., J.

CONCUR:

_____
Houston M. Goddard, P.J.

_____
Don T. McMurray, J.

2